# UNITED STATES DISTRICT COURT

## District of Minnesota

Sorelys Coromoto Rodriguez Olivar

Petitioner,

v.

Todd Blanche, Attorney General; Markwayne Mullin, Secretary, U.S. Department of Homeland Security; David J. Venturella, Acting Director of Immigration and Customs Enforcement; and David Easterwood, Acting Director, St. Paul Field Office Immigration and Customs Enforcement,

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-3859 ECT/LIB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner Sorelys C.R.O.'s Verified Petition for Writ of Habeas Corpus [ECF No. 1] is **GRANTED**.
2. Respondents are **ORDERED** to release Petitioner from custody by not later than 5:00 p.m. on Tuesday, September 15, 2026.
3. Respondents are further **ORDERED** to provide Petitioner's counsel with not less than 24 hours' advance notice of the date and time Petitioner will be released so that Petitioner's counsel, guardian, or other designated person may be present for Petitioner's release. 3. Respondents are further **ORDERED** to provide Petitioner's counsel with not less than 24 hours' advance notice of the date and time Petitioner will be released so that Petitioner's counsel, guardian, or other designated person may be present for Petitioner's release.

Date: 9/10/2026

KATE M. FOGARTY, CLERK